UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shameika Davis,

      Plaintiff,                  Civil No.06-4943 (RHK/JSM)

vs.                               **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**

Johnson & Johnson, Johnson &
Johnson Pharmaceutical Research &
Development, L.L.C., f/k/a R.W. Johnson
Pharmaceutical Research Institute, Ortho-
McNeil Pharmaceutical, Inc.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 20, 2006

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge

Dockets.Justia.com